[No. 22526-0-I.   Division One.   April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY DWAYNE CARPENTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-04002-6, Frank J. Eberharter, J., entered June 15, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Grosse, A.C.J., and Swanson, J.

[No. 23296-7-I.   Division One.   April 23, 1990.]

MICHAEL BECKNER, *Appellant,* v. GAIL BECKNER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87-3-01581-6, James J. Dore, J., entered October 28, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Winsor, JJ.

[No. 22763-7-I.   Division One.   April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM B. GREENE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-02095-3, Jim Bates, J., entered August 16, 1988. *Reversed* by unpublished opinion per Forrest, J., concurred in by Swanson and Webster, JJ.

[No. 23279-7-I.   Division One.   April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CLEO LANPHEAR, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87-1-00522-7, David A. Nichols, J., entered October 31, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Forrest, JJ.